# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL T. ROSA, | ) | |
| | ) | Case No. 12 C 9648 |
| Plaintiff, | ) | |
| | ) | Judge Manish S. Shah |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT CITY OF CHICAGO'S MOTION
## FOR JUDGMENT AS A MATTER OF LAW

Defendant City of Chicago hereby moves this Court pursuant to Federal Rule 50(a) for an order entering judgment as a matter of law in the City's favor. As set forth in the City's supporting brief, there are no relevant factual disputes that need to be resolved by the jury because Plaintiff has failed to provide a legally sufficient evidentiary basis in support of his failure to accommodate claim under the ADA.

The Court should enter judgment as a matter of law in the City's favor because Plaintiff failed to adduce a legally sufficient basis for a reasonable jury to find in his favor on several required elements of his ADA claim. These failings include insufficient evidence that (1) Plaintiff was disabled as defined by the ADA; (2) that Plaintiff was otherwise qualified to work as a hoisting engineer with or without reasonable accommodation under the ADA; (3) that Plaintiff requested a reasonable accommodation from the City; (4) that the City failed to reasonably accommodate Plaintiff's asserted disability; and (5) that the City's supposed failure to accommodate caused his emotional distress.

WHEREFORE, the City respectfully requests that the Court enter judgment as a matter of law in its favor under Federal Rule 50(a) and dismiss with prejudice Plaintiff's claim against it.

Dated:  August 14, 2015

Respectfully submitted,

City of Chicago

By: /s/Christopher R. Parker
One of its Attorneys

Daniel A. Kaufman
Christopher R. Parker
Benjamin T. Johnson
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Ave., Suite 2000
Chicago, Illinois 60601
Telephone:    312.222.0800
E-mail:    crparker@michaelbest.com

# CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2015, I electronically filed the foregoing **Defendant City of Chicago's Motion for Judgment as a Matter of Law** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsay R. Foye
Thomas G. Gardiner
Richard C. Gleason
Gardiner Koch Weisberg & Wrona
53 West Jackson Blvd., Suite 950
Chicago, Illinois 60604


/s/Christopher R. Parker
Attorney for the City of Chicago
Christopher R. Parker
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
E-mail: crparker@michaelbest.com